UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO. 5:02-cr-36-JA-PRL

LAFAYETTE DEMETRIUS
BOYLE

### ORDER

Defendant's "Motion to Reduce Sentence Under U.S.G.S. (sic) § 3582(c) 3553 'All Drugs Minus Two Act of 2014, Amendment Number 782'" (Doc. 147) is before the Court for consideration. The Federal Public Defender has filed a brief regarding Defendant's eligibility for relief under Amendment 782 (Doc. 152) concluding that Defendant is not eligible for a reduction under Amendment 782.

Defendant's previous request for relief under Amendment 782 was denied because he was sentenced as a career offender pursuant to U.S.S.G. § 4B1.1, and as such, his applicable sentencing guidelines range was not affected by Amendment 782. (Doc. 128). That reasoning still holds true.

Defendant's Motion to Reduce Sentence pursuant to Amendment 782 (Doc. 147) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida, on August 1st, 2022.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office
Counsel for Defendant
Lafayette Demetrius Boyle

2